**STATE of Missouri, Respondent,**

v.

**Mark E. SANTAS, Appellant.**

**No. WD 58809.**

Missouri Court of Appeals, Western District.

Aug. 14, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2001.

Application for Transfer Denied Nov. 20, 2001.

Irene C. Karnes, Asst. Public Defender, Columbia, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, MO, Attorney for Respondent.

Before LOWENSTEIN, P.J., ULRICH, J., and HANNA, Sr. J.

## ORDER

PER CURIAM.

The appellant, Mark Santas, was charged as a persistent misdemeanor offender with one count of second-degree (felony) murder, § 565.021, RSMo 2000,[1] based upon the class D felony of endangering the welfare of a child in the first degree, § 568.045. The appellant was found guilty by jury and sentenced to a term of fifteen years in the Missouri Department of Corrections. Judgment affirmed. Rule 30.25(b).

1. All statutory references are to RSMo 2000 unless indicated otherwise.